IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HENRY MOORE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 06-0381-M |
| : | |
| MICHAEL J. ASTRUE, : | |
| Commissioner of : | |
| Social Security, : | |
| : | |
| Defendant. : | |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff William Henry Moore and against Defendant Michael J. Astrue.

DONE this 12th day of March, 2007.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE