```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF ALABAMA
                         NORTHERN DIVISION
```

WILLIAM HENRY MOORE, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 06-0381-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED** and that Plaintiff's attorney, William T. Coplin, Jr., be **AWARDED** an EAJA attorney's fee in the amount of $993.75. No costs are taxed.

DONE this 14th day of June, 2007.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE