```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION

WILLIAM HENRY MOORE,             :
                                 :
     Plaintiff,                  :
                                 :
vs.                              :    CIVIL ACTION 06-0381-M
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
     Defendant.                  :
```

MEMORANDUM OPINION AND ORDER

This action is before the Court on Plaintiff's attorney's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b), with supporting Memorandum, filed on January 28, 2008, and amended on February 13, 2008 (Docs. 23, 24).  As of this date, Defendant has filed no Response or Objection to Plaintiff's Motion.  After consideration of all pertinent materials in the file, and for the reasons set out in the Memorandum, it is **ORDERED** that Plaintiff's attorney's Motion for Attorney Fees be **GRANTED** and that Plaintiff's attorney, William T. Coplin, Jr., be **AWARDED** an attorney's fee in the amount of $15,337.00 for his services before this Court, which sum represents twenty-five percent of the past due benefits awarded to Plaintiff.  It is **FURTHER ORDERED** that Mr. Coplin pay to Plaintiff the sum of $993.75, which sum represents the EAJA fee counsel was previously awarded.

DONE this 15th day of April, 2008.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE