```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

WILLIAM HENRY MOORE,                :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :    CIVIL ACTION 06-0381-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of                     :
Social Security,                    :
                                    :
    Defendant.                      :


<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) be and is hereby **GRANTED** and that Plaintiff's attorney, William T. Coplin, Jr., be and is hereby **AWARDED** an attorney's fee in the amount of $15,337.00 for his services before the Court It is **FURTHER ORDERED** that Mr. Coplin pay to Plaintiff the sum of $993.75, which sum represents the EAJA fee counsel was previously awarded.

DONE this 15th day of April, 2008.

                                                <u>s/BERT W. MILLING, JR.</u>
                                                UNITED STATES MAGISTRATE JUDGE